IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. DNCW3:03CR136-1 |
| | ) | (Financial Litigation Unit) |
| JAMES DAVID BARKSDALE, | ) | |
| and | ) | |
| FORWARD AIR, INC., | ) | |
| Garnishee. | ) | |

DISMISSAL OF ORDER OF GARNISHMENT

Upon motion of the United States for the reasons stated therein and for good cause shown, it is ORDERED that the Order of Garnishment as to Forward Air, Inc, filed in this case on December 30, 2010, against the defendant James David Barksdale is DISMISSED.

Signed: January 7, 2011

Graham C. Mullen
United States District Judge